```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL GELBART,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :
               -against-                                    :
                                                            :
THE GUARDIAN LIFE INSURANCE                                 :
COMPANY OF AMERICA et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

21-CV-3315 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on April 16, 2021, (Doc. 6), and filed affidavits of service on May 4, 2021, (Docs. 10–12). The deadline for Defendants to respond to Plaintiff's complaint was May 13, 2021. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 17, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: May 19, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge